FILED

~~UNITED STATES DISTRICT~~ COURT
~~DISTRICT OF NEW~~ MEXICO

DEC 0 3 2019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 19-4440 MV |
| | ) |
| vs. | ) Count 1:  18 U.S.C. §§ 922(g)(1) and 924: |
| | ) Felon in Possession of a Firearm and |
| **NICHOLOUS PHILLIPS**, | ) Ammunition; |
| | ) |
| Defendant. | ) Count 2: 21 U.S.C. §§ 841(a)(1) and |
| | ) (b)(1)(B):  Possession with Intent to |
| | ) Distribute 50 Grams and More of a |
| | ) Mixture and Substance Containing |
| | ) Methamphetamine. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about November 15, 2019, in Bernalillo County, in the District of New Mexico,

the defendant, **NICHOLOUS PHILLIPS**, knowing that he had been convicted of at least one

crime punishable by imprisonment for a term exceeding one year, specifically:

(1) felon in possession of a firearm and ammunition,

(2) shooting from/into a motor vehicle,

(3) aggravated assault with a deadly weapon, and

(4) trafficking a controlled substance,

knowingly possessed a firearm and ammunition in an affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

<u>Count 2</u>

On or about November 15, 2019, in Bernalillo County, in the District of New Mexico,

the defendant, **NICHOLOUS PHILLIPS**, unlawfully, knowingly, and intentionally possessed

with intent to distribute a controlled substance, and the offense involved 50 grams and more of a

mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

A TRUE BILL:


/s/_____
FOREPERSON OF THE GRAND JURY


_____
Assistant United States Attorney