IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. NO. 19-4440 MV |
| | ) | |
| v. | ) | |
| | ) | |
| **NICHOLOUS PHILLIPS** | ) | |
| | ) | |
| Defendant. | ) | |

**SUBPOENA DUCES TECUM FOR PRODUCTION OF RECORDS**

TO:   Albuquerque Police Department
      Custodian of Records

In accordance with Fed. R. Crim. P. 17(c), **YOU ARE HEREBY ORDERED** to produce the following records to the United States:

Any and all lapel camera video, dispatch and radio traffic, and all other multimedia relating to the November 15, 2019, incident concerning Nicholous Phillips, DOB xx-xx-1979, SSN xxx-xx-2061, that took place at 10012 Cochiti Road SE in Albuquerque, New Mexico.

**YOU ARE FURTHER ORDERED** that such records shall be produced to the United States Attorney's Office, 201 3rd St. NW, Ste. 900, Albuquerque, New Mexico 87102 within five (5) business days of the receipt of subpoena.

Date: _____             CLERK, UNITED STATES DISTRICT COURT
                                    District of New Mexico


                                    _____
                                    *Signature of Clerk or Deputy Clerk*

The party requesting this subpoena is the United States of America, represented by:

Jaymie L. Roybal, Assistant United States Attorney
United States Attorney's Office
P.O. Box 607
Albuquerque, New Mexico, 87103
(505) 224-1413
Jaymie.Roybal@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR 19-1528 WJ |
| ) | |
| vs. ) | |
| ) | |
| **NATHANIEL V. (a male juvenile)**, ) | |
| ) | |
| Defendant. ) | |

### SUBPOENA DUCES TECUM FOR PRODUCTION OF RECORDS

TO:   Thirteenth Judicial District Court

In accordance with Fed. R. Crim. P. 17(c), **YOU ARE HEREBY ORDERED** to produce the following records to the United States:

All sealed records in your possession regarding the juvenile criminal record of Nathaniel Lee Valenzuela (a juvenile), d/o/b 09/23/2001, including, but not limited to, records related to past treatment, evaluation, or performance at All Faiths, YDI, Sequoyah Treatment Center, and sealed records related to supervision through the Community Custody Program (CCP), to include documents related to Nathaniel Valenzuela's involvement in the Community Monitoring Program and the Youth Reporting Center.

**YOU ARE FURTHER ORDERED** that such records shall be produced in person at the trial of *United States v. Nathaniel V.*, CR-19-1528, on July 2, 2019, at 9:00 a.m., Bonito Courtroom, at the Pete V. Domenici U.S. Courthouse located at 333 Lomas Blvd NW in Albuquerque, New Mexico.

Date:   _____             CLERK, UNITED STATES DISTRICT COURT
                                                         District of New Mexico

                                    *Signature of Clerk or Deputy Clerk*

The party requesting this subpoena is the United States of America, represented by:
Timothy Trembley, Special Assistant United States Attorney
United States Attorney's Office
P.O. Box 607
Albuquerque, New Mexico, 87103
(505) 224-1488
Timothy.Trembley@usdoj.gov