IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No. 19 CR 4440 MV |
| | § | |
| NICHOLOUS PHILLIPS, | § | |
| | § | |
| Defendant. | § | |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 1 0 2020

MITCHELL R. ELFERS
CLERK

## ORDER PERMITTING WITHDRAWAL

THIS MATTER comes before the Court on the Motion of counsel for NICHOLOUS PHILLIPS to withdraw from the appointment, and the Court, having considered the premises, concludes the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Federal Public Defender is permitted to withdraw from this case and is relieved of any further obligations in this matter. The clerk shall appoint CJA counsel to represent Mr. Phillips.

_____
HON. JOHN ROBBENHAAR
UNITED STATES MAGISTRATE JUDGE