## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                            No. CR 19-4440-MV

NICHOLOUS PHILLIPS,

      Defendant.

### Order and Notice of Trial

THIS MATTER is before the Court on defendant's *Unopposed Motion to Continue Trial* [29]. The Court has weighed the representations made in the motion and finds granting a continuance to resolve these issues outweighs the public and defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161, for the reasons set forth in defendant's Motion.

Conducting a trial in the face of these facts would be contrary to the interests of justice. *Zedner v. United States* 126 S. Ct. 1976 (2006). Now, therefore,

**IT IS ORDERED** that the trial of this action be and hereby is continued from March 23, 2020, to **Monday, May 18, 2020, at 9:00 a.m.**, on a trailing docket, in the United States Courthouse, 106 South Federal Place in Santa Fe, New Mexico, pursuant to 18 U.S.C. § 3161(h)(7)(A), with the following pretrial dates and deadlines. It is further ordered that the period of time from the entry of this Order until the new trial date shall be excluded from the time limitations set forth within 18 U.S.C. § 3161(c)(1).

| Event | Date/Deadline |
|---|---|
| Pre-Trial Motions | April 1, 2020 |
| Joint Jury Instructions, Witness and Exhibit Lists, Voir Dire | May 4, 2020 |
| Motion to Continue | May 4, 2020 |
| Objections to Witness and Exhibit Lists, Objections to Voir Dire | May 8, 2020 |
| Motions in Limine/Response/Reply | April 27, 2020 / May 4, 2020 / May 8, 2020<br><br>Responses and replies to Motions filed 14 days or more before this deadline are due in accordance with the Federal and Local Rules of Criminal Procedure. |
| **Call of the Calendar** | **May 8, 2020, 9:30 a.m.** |
| **Jury Selection/ Trial** | **May 18, 2020, 9:00 a.m.** |

In an effort to conserve judicial resources, the Court must be advised of all plea agreements no later than ten (10) working days prior to trial. The plea must be entered at least five (5) days prior to the trial date.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Linda Z. Romero, Courtroom Deputy - **(505) 992-3826**
Trial Preparation guidelines: http://www.nmd.uscourts.gov/content/honorable-martha-vazquez