FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 28 2020
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 19-4440 MV |
| vs. | Count 1: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition; |
| **NICHOLOUS PHILLIPS**, | |
| Defendant. | Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Possession with Intent to Distribute 50 Grams and More of Methamphetamine. |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count 1

On or about November 15, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **NICHOLOUS PHILLIPS**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) felon in possession of a firearm and ammunition,

(2) aggravated assault with a deadly weapon,

(3) tampering with evidence,

(4) shooting from/into a motor vehicle,

(5) possession of a firearm or destructive device by a felon,

(6) aggravated battery,

(7) trafficking a controlled substance,

(8) possession of a controlled substance,

knowingly possessed a firearm and ammunition in an affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## Count 2

On or about November 15, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **NICHOLOUS PHILLIPS**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

[signature]
Assistant United States Attorney