# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                               Cr. No. 19-4440 MV

NICHOLOUS PHILLIPS,

      Defendant.

## UNITED STATES' EXHIBIT LIST

| United States' Attorneys:<br>Jaymie L. Roybal<br>Jack Burkhead | Defendant's Attorney:<br>Joe Romero | United States District Court<br>District of New Mexico<br><br>Trial Date: September 28, 2020 |
|---|---|---|
| Presiding Judge:<br>Honorable Martha Vazquez | Court Reporter:<br>Carmela McAlister | Courtroom Deputy:<br>Linda Zieba-Romero |

| USA EXH. NO. | WITNESS | DATE | OBJ | ADM | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | Amy Gee | | | | Certified copy of Defendant's conviction in the District of New Mexico, cause no. 09-CR-3601 (BN 082-086) |
| 2 | Amy Gee | | | | Certified copy of Defendant's conviction in the State of New Mexico, cause no. D-202-2006-CR-2643 (BN 60-62) |
| 3 | Amy Gee | | | | Certified copy of Defendant's conviction in the State of New Mexico, cause no. D-809-2007-CR-92 (BN 69-73) |
| 4 | Amy Gee | | | | Certified copy of Defendant's conviction in the State of New Mexico, cause no. D-809-2005-CR-18 (BN 51-54) |
| 5 | Amy Gee | | | | Certified copy of Defendant's conviction in the State of New Mexico, cause no. D-809-2004-CR-19 (BN 55-59) |
| 6 | Amy Gee | | | | Certified copy of Defendant's conviction in the State of Colorado, cause no. 2004-CR-167 (BN 562) |
| 7 | Amy Gee | | | | Photograph: Defendant's Residence (BN 417) |
| 8 | Amy Gee | | | | Photograph: Defendant's Truck in Front of Residence (BN 420) |
| 9 | Amy Gee | | | | Defendant's Backpack |
| 10 | Amy Gee | | | | Bundles (2) of Methamphetamine |
| 11 | Amy Gee | | | | United States District Court Gun Control Form (BN 101-102) |
| 12 | Kelly Coppin | | | | Audio Clip: Kelly Coppin 911 Call, November 15, 2019 (45 seconds) |
| 13 | Jonathan Sanchez | | | | Video Clip: Officer Sanchez Lapel Video (2 mins, 18 seconds) |
| 14 | Jonathan Sanchez | | | | Video Clip: Officer Sanchez Lapel Video (37 seconds) |

| | | | | | |
|---|---|---|---|---|---|
| 15 | Jonathan Sanchez | | | | Video Clip: Officer Sanchez Lapel Video (34 seconds) |
| 16 | Jonathan Sanchez | | | | Video Clip: Officer Sanchez Lapel Video (29 seconds) |
| 17 | MDC Records Custodian | | | | List of Defendant's Jail Calls, November 16-21, 2019 (BN 317-318) |
| 18 | Samuel Supnick | | | | Photograph: Search of Defendant's Residence (BN 396) |
| 19 | Samuel Supnick | | | | Photograph: Severed Glock 23 Pistol Frame (piece 1) (BN 434) |
| 20 | Samuel Supnick | | | | Photograph: Severed Glock 23 Pistol Frame (piece 1) (BN 397) |
| 21 | Samuel Supnick | | | | Photograph: Severed Glock 23 Pistol Frame (piece 1) (BN 401) |
| 22 | Samuel Supnick | | | | Photograph: Severed Glock 23 Pistol Frame (piece 1) (BN 403) |
| 23 | Samuel Supnick | | | | Photograph: Severed Glock 23 Pistol Frame (piece 1) (BN 404) |
| 24 | Samuel Supnick | | | | Severed Glock 23 Pistol Frame (piece 1) |
| 25 | Samuel Supnick | | | | Photograph: Severed Glock 23 Pistol Frame (piece 2) (BN 406) |
| 26 | Samuel Supnick | | | | Photograph: Severed Glock 23 Pistol Frame (piece 2) (BN 407) |
| 27 | Samuel Supnick | | | | Photograph: Severed Glock 23 Pistol Frame (piece 2) (BN 409) |
| 28 | Samuel Supnick | | | | Photograph: Severed Glock 23 Pistol Frame (piece 2) (BN 411) |
| 29 | Samuel Supnick | | | | Photograph: Severed Glock 23 pistol Frame (piece 2) (BN 412) |
| 30 | Samuel Supnick | | | | Photograph: Severed Glock 23 Pistol Frame (piece 2) (BN 413) |
| 31 | Samuel Supnick | | | | Severed Glock 23 Pistol Frame (piece 2) |
| 32 | Samuel Supnick | | | | Audio Clip: Defendant's Jail Call No. 1 (10 seconds) |
| 33 | Samuel Supnick | | | | Photograph: Severed Glock 23 Pistol Frame (both pieces) (BN 351) |
| 34 | Samuel Supnick | | | | Photograph: Gas Can (BN 445) |
| 35 | Samuel Supnick | | | | Audio Clip: Defendant's Jail Call No. 2 (38 seconds) |
| 36 | Samuel Supnick | | | | Photograph: Ammunition (BN 360) |
| 37 | Samuel Supnick | | | | Photograph: Ammunition Stamp (BN 362) |
| 38 | Samuel Supnick | | | | Photograph: Ammunition Stamp (BN 365) |
| 39 | Samuel Supnick | | | | 26 Rounds of Assorted Brand .40 Caliber Ammunition |
| 40 | Samuel Supnick | | | | Audio Clip: Defendant's Jail Call No. 3 (27 seconds) |
| 41 | Samuel Supnick | | | | Audio Clip: Defendant's Jail Call No. 4 (10 seconds) |
| 42 | Samuel Supnick | | | | Partially Destroyed Firearm Magazines (2) |
| 43 | Samuel Supnick | | | | Photograph: Contents of Backpack (BN 344) |
| 44 | Samuel Supnick | | | | Photograph: Methamphetamine (BN 350) |
| 45 | Samuel Supnick | | | | Baggies |
| 46 | Samuel Supnick | | | | Scale |
| 47 | Samuel Supnick | | | | Tupperware |
| 48 | Samuel Supnick | | | | Measuring Cup |
| 49 | Samuel Supnick | | | | Audio Clip: Defendant's Jail Call No. 5 (20 seconds) |
| 50 | Samuel Supnick | | | | Audio Clip: Defendant's Jail Call No. 6 (25 seconds) |
| 51 | R. Andrew Barber | | | | DPS Lab Report (summary) re: Methamphetamine Test Results (BN 511) |

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

/s/
JAYMIE L. ROYBAL
Assistant United States Attorney
P.O. Box 607
Albuquerque, N.M. 87103
(505) 224-1413

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused defense counsel, Joe Romero, to be served by electronic means, as reflected on the Notice of Electronic Filing as indicated therein on August 31, 2020.

/s/
Jaymie L. Roybal
Assistant United States Attorney