# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 19-4440 MV | UNITED STATES vs. Phillips |
|---|---|

**Before The Honorable Laura Fashing, United States Magistrate Judge**

| Hearing Date: | 10/27/2020 | Time In and Out: | 1:46 pm-2:26 pm |
|---|---|---|---|
| Clerk: | C. Lopez | Digital Recording: | ABQ-ZOOM |
| Defendant: | Nicholous Phillips | Defendant's Counsel: | Joe Romero |
| AUSA: | Jaymie Roybal | Interpreter: | [Select] |

☐ Sworn
☐ Waived

☒ Defendant Sworn  
☐ First Appearance  
☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.  
☒ Deft acknowledges receipt of: **Superseding Indictment**  
☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.  
☒ Terms and conditions of proposed plea agreement explained.  
☒ Defendant indicates understanding of its terms.  
☒ Factual predicate to sustain the plea provided.  
☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.  
☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).  
☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.  
☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).  
☒ Deft pleads GUILTY to: **Superseding Indictment**  
☒ Allocution by Deft on elements of charge(s).  
☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.  
☒ Deft adjudged guilty.  
☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.  
☒ Sentencing Date: **to be notified**  
☒ Defendant to Remain in Custody  
☐ Present conditions of release continued  
☐ Conditions changed to:  
☐ Penalty for failure to appear explained  
☒ Presentence Report Ordered  
☐ Expedited (Type III)  

Other Matters: