# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 19-4440-MV | USA vs. | Phillips |
| Date: | November 10, 2021 | Name of Deft: | Nicholous Phillips |
| Before the Honorable | | Martha Vázquez | |

| | | | | |
|---|---|---|---|---|
| Time In/Out: | 9:30 a.m / 11:25 a.m. | Total Time in Court (for JS10): | 1 hour, 55 minutes | |
| Clerk: | Linda Romero | Court Reporter: | Carmela McAlister | |
| AUSA: | Jaymie Roybal | Defendant's Counsel: | Joe Romero, Jr. | |
| Sentencing in: | Santa Fe, New Mexico | Interpreter: | | |
| Probation Officer: | Ana Ortiz y Martinez | Sworn? | Yes | No |
| Convicted on: | **X** Plea / Verdict | As to: | Information | **X** Indictment |
| If Plea: | **X** Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | **Counts 1 and 2** | |
| If Plea Agreement: | Accepted / Not Accepted **X** No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 6/27/20 | PSR: | Not Disputed | **X** Disputed |
| PSR: | **X** Court Adopts PSR Findings | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | | | | |

## SENTENCE IMPOSED

Imprisonment (BOP): 60 months as to Count 1, mandatory minimum of 120 months as to Count 2, to be run concurrently with each other, for a total term of imprisonment of 120 months

| | | | |
|---|---|---|---|
| Supervised Release: | 3 years as to Count 1, 5 years as to Count 2, to be run concurrently | Probation: | **X** 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| **X** | Substance abuse testing (up to 60 tests per year) | | Community service for ___ months ___ days |
| **X** | Substance abuse treatment program (waive confidentiality) | **X** | Reside residential reentry center up to 6 months |
| **X** | Mental health treatment program (waive confidentiality) | | Register as sex offender |
| **X** | No alcohol/intoxicants (up to 4 tests per day) | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| **X** | No psychoactive substances | | No loitering within 100 feet of school yards |
| **X** | OTHER: Take all prescribed mental health medications. | | |

| | | | | |
|---|---|---|---|---|
| Fine: $ | **0** | | Restitution: $ | **0** |
| SPA: $ | 200 ($100 as to each Count) | Payment Schedule: | **X** Due Imm. | Waived |
| OTHER: | | | | |

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | FCI El Reno, Oklahoma or Ft. Leavenworth, Kansas - The Court recommends that the Bureau of Prisons assign Mr. Phillips a Care Level 3 Mental Health designation. Court requests that defendant's current medications list be provided to the BOP. Court requests that the defendant remain at Santa Fe County Detention Center until he is transported to the BOP. | |

| | UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO<br>**SENTENCING MINUTE SHEET** |
|---|---|
| Dismissed Counts: | |
| OTHER COMMENTS | Court addresses parties and reviews documents she has reviewed in preparation for sentencing. Defense counsel addresses Court requesting that the defendant be allowed to withdraw from his plea agreement. Government counsel responds. Court advises that she had been prepared to reject the plea agreement and will allow the defendant to proceed to sentencing, maintaining his guilty plea but withdrawing from the plea agreement. Defense counsel addresses Court. Defendant addresses Court. Government counsel addresses Court. Special Agent Samuel Supnik addresses Court. Probation Officer Amy Gee addresses Court. Court addresses defendant and imposes sentence. |